In the Matter of IRVING S. (Anonymous), Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.

JOAN SCHWARTZ, Appellant, v. JEFFREY HORN et al., Respondents, et al., Defendants.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.